# MINUTE ORDER

Page 3

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor    Date: 4/13/2021    Time: 1:30 p.m.

Defendant: 1)PEDRO A. CASAS ESPINOSA    J#: 39564-509    Case #: 21-CR-20218-SINGHAL (SEALED)

AUSA: Sean McLaughlin    Attorney: _____

Violation: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE    Surr/Arrest Date: 4/13/2021    YOB: 1988

Proceeding: Initial Appearance    CJA Appt: _____

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: _____

Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- q Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Defendant consented to appear via video

Indictment Unsealed

Defendant advised of rights and charges

Defendant advised that he will retain counsel

Govt rec PTD based on risk/flight & danger/community

*Brady warning given*

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:    4/16/21    10:00 a.m.    Duty/Miami
PTD Hearing:    4/16/21    10:00 a.m.    Duty/Miami
Arraignment:    4/27/21    10:00 a.m.    Duty/Miami
Status Conference RE:

D.A.R. 15:03:25    Time in Court: 20 mins

s/Lauren F. Louis    Magistrate Judge