# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 4/23/2021    Time: 10:00 a.m.

Defendant: PEDRO CASAS ESPINOSA     J#: 39564-509    Case #: 21-20218-CR-SINGHAL
AUSA: Sean McLaughlin     Attorney: ALBERT LEVIN (TEMP) ✓
Violation: CONSPIRACY TO PWID METHAMPHETAMINE
Proceeding: Detention Hearing     CJA Appt:
Bond/PTD Held: ☒ Yes ☐ No     Recommended Bond: TEMP PTD
Bond Set at:     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition:
Brady previously given
*RRC/Prelim/Arraign 4/27 @ 10am
- Deft consented to proceed by VTC.
- PTD hrg held
- ATF TFO Yaniel Hernandez sworn & testified
- Deft Detained: Risk of Flight & danger to the Community

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:33:07     Time in Court: 35 minutes