UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                CASE NO. 21-20218-CR-SINGHAL

PEDRO ARTURO CASAS ESPINOSA,
        Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, undersigned counsel for Defendant PEDRO ARTURO CASAS ESPINOSA and files this Unopposed Motion to Continue Sentencing and would furthermore state as follows:

1. Sentencing in this matter is scheduled for June 1, 2022 at 11:00 a.m.

2. The PSI was received on May 16, 2022. It is 33 pages. The undersigned will need to see his client at a Broward County Jail facility with an interpreter. One of the issues which will be addressed in the Defendant's response is the operability and usefulness of a firearm found in Defendant's residence when he was arrested. The PSI reflects an enhancement for a firearm and a denial of the safety valve, obviously critical to a determination of an appropriate sentence in this matter. The undersigned has requested to view and analyze the firearm seized.

3. The prosecutor is on annual leave until June 1 which could make it difficult to arrange for the inspection. Mr. McLaughlin has indicated that he has started the process of making the arrangements regarding the inspection.

4. The undersigned is leaving the District on May 25, 2022, to attend a wedding out of State. The undersigned is returning late on the 31st of May.

5. Given what needs to be done in order to be fully prepared for the Sentencing, the undersigned is requesting additional time for preparation. Accordingly, the undersigned would be requesting a continuance of the Sentencing, which the Government does not oppose.

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant the foregoing motion.

Respectfully submitted,

By:  /s/ Albert Z. Levin, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

By:  /s/ Albert Z. Levin, Esq.

ALBERT Z. LEVIN, P.A.
Courthouse Center
40 N.W. 3rd Street, Suite 200
Telephone: (305) 379-7101
Facsimile: (305) 381-6869
Florida Bar No. 316581
albert@albertlevinlaw.com